**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PATRICK MIKOLAITIS**, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**WARD TRANSPORT & LOGISTICS CORP.**,<br><br>Defendant. | Case No. 2:24-cv-05486<br><br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION TO TRANSFER VENUE**

Plaintiff Patrick Mikolaitis ("Plaintiff"), and Defendant Ward Transport & Logistics Corp., ("Ward" or "Defendant") (collectively, the "Parties") file this Joint Stipulation to Transfer Venue (the "Joint Stipulation"), and respectfully state as follows:

1.     On October 15, 2024, Plaintiff filed a Complaint in the United States District Court for the Eastern District of Pennsylvania asserting claims arising from a data security incident suffered by Defendant. [ECF No. 1]

2.     Plaintiff resides in North Carolina and the alleged events and omissions giving rise to Plaintiff's claims occurred in Pennsylvania. This case might have been brought in the Western District of Pennsylvania, and transfer to such district serves the convenience of the parties and witnesses, and the interests of justice.

3.     On November 12, 2024, counsel for Defendant stated to counsel for Plaintiff an intention to file a Motion to Transfer Venue to the U.S. District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. Section 1404. Following the discussion, counsel for Plaintiff agreed with counsel for Defendant to jointly stipulate to transfer venue to the U.S. District Court

1

for the Western District of Pennsylvania, for the convenience of the parties and witnesses, and in the interests of justice.

4. The Parties have discussed this Joint Stipulation and agree and jointly stipulate as to the relief requested. This Joint Stipulation is accompanied by a proposed Order.

WHEREFORE, pursuant to this Joint Stipulation and 28 U.S.C. § 1404, for the convenience of the parties and witnesses, and in the interests of justice, the Parties respectfully request that the Court transfer this case to the United States District Court for the Western District of Pennsylvania.

Dated: November 18, 2024                    Respectfully submitted,


**EDELSON LECHTZIN LLP**

By: */s/ Liberato P. Verderame*
Liberato P. Verderame (PA 80279)
Marc H. Edelson (PA 51834)
411 S. State Street, Suite N300
Newtown, PA 18940
T: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

**LYNCH CARPENTER, LLP**

Gary F. Lynch (PA 56887)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
gary@lcllp.com

*Attorneys for Plaintiff and the Putative Class*

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: */s/ Joseph A. McNelis III*
Joseph A. McNelis III
1650 Market Street
Suite 3600

2

Philadelphia, Pennsylvania 19103
Direct: 267.996.8231
Mobile: 609.203.7255
Email: jmcnelis@constangy.com

BY THE COURT:

/S/Wendy Beetlestone, J.

_____

WENDY BEETLESTONE, J.

DATE: 11/20/2024

3